DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TAMARA DRAKE,** as personal representative of the **ESTATE OF CONSTANCE ARMSTRONG,**
Appellant,

v.

**GARDENS COURT MEDICAL INVESTORS, LLC,** a Foreign Limited Liability Company d/b/a **THE GARDENS COURT,** and **LIFE CARE CENTERS OF AMERICA, INC,** a Foreign Proft Corporation,
Appellees.

No. 4D2025-1859

[June 18, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Carolyn Ruth Bell, Judge; L.T. Case No. 502021CA003796XXXXMB.

Timothy David Kenison and Michael Kugler of Goldlaw, P.A., West Palm Beach, for appellant.

Megan Gisclar Colter and Thomas Anthony Valdez of Quintairos, Prieto, Wood & Boyer, P.A., Tampa, and Robindra Nath Khanal and Meghan Marie McComas of Quintairos, Prieto, Wood & Boyer, P.A., Orlando, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, SHEPHERD and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***